[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 07-11702

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
January 23, 2008
THOMAS K. KAHN
CLERK

D. C. Docket No. 00-01847-CV-JEC-1

SEAN MAHER,
TANYA GREENE, et al.,

Plaintiffs,

KATHARINE KENNEDY,
DANIEL WAGGONER,
ANNE KEATING,

Plaintiffs-Appellants
Cross-Appellees,

versus

AVONDALE ESTATES, GEORGIA,
a municipal corporation,
JOHN PARKER, in his official capacity
as City manager and Police Chief of
Avondale Estates,
LYDA STEADMAN, in her official capacity
as CITY CLERK-TREASURER of Avondale Estates,
CRAIG A. MIMS, in his official capacity as Code
Enforcement Officer of Avondale Estates,

Defendants-Appellees
Cross-Appellants.

_____

Appeals from the United States District Court
for the Northern District of Georgia
_____

**(January 23, 2008)**

Before HULL and PRYOR, Circuit Judges, and MOORE[*], District Judge.

PER CURIAM:

After review and oral argument, the Court concludes that the parties have not shown any reversible error in the district court's orders dated March 29, 2006 and March 15, 2007.  Thus, the Court affirms those orders.

**AFFIRMED.**

---

[*]Honorable K. Michael Moore, United States District Judge for the Southern District of Florida, sitting by designation.